IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARGARET W. MCCLOUD, | ) | |
| | ) | |
| v. | ) | 2:11-0069 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown, Document #18, in which he recommends dismissal of this action. Plaintiff has filed objections, Document #19, and Defendant has responded to the objections, Document #20.

The objections of Plaintiff are the same as the arguments made to the Administrative Law Judge and the Magistrate Judge. The Report and Recommendation correctly addresses the objections and the Court finds the objections to be without merit. The Report and Recommendation is adopted by this Court.

For the reasons set out in the Report and Recommendations, Plaintiff's Motion for Judgment on the Record, Document #15, is **DENIED** and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge